IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3-06-cr-00041-RRB-JDR |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| THOMAS P. RANES, | ) |  |
| NOPENON DENNIS SHINE, | ) |  |
| DYLAN N. BALES, | ) |  |
| CURTIS H. MCDONALD, | ) |  |
| KEVIN A. BROWNING, and | ) |  |
| ROBERT H. MCDONALD, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

## [UNDER SEAL]

IT IS ORDERED that the Indictment in this case be sealed pending further application by the United States.

Date: 4/19/2006             /s/ John D. Roberts
                            JOHN D. ROBERTS
                            UNITED STATES MAGISTRATE JUDGE