IN THE UNITED STATES DISTRICT COURT

For the District of Alaska

RECEIVED
APR 2 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
     v.                       )
                              )
ROBERT McDONALD,              )
                              )
            Defendant.        )  Case No. 3:06-CR-041-RRB
_____)

### APPEARANCE

The undersigned makes and enters his Appearance on behalf of the defendant in this matter. Any notices, pleadings or documents intended for Robert McDonald should be sent to the undersigned at the address shown below.

DATED at Anchorage, Alaska, this 25th day of April, 2006.

_____
Joe P. Josephson
Alaska Bar No. 6102018
Josephson & Associates, P. C.
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

I delivered a true copy of
this Appearance to an Assistant
United States Attorney for the
District of Alaska at the
Federal Courthouse, Courtroom
_____, on April 25, 2006.

_____

**JOSEPHSON & ASSOCIATES, P.C.**
Attorneys at Law
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151 (Tel)   (907) 276-0155 (Fax)