```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  ROBERT H. MCDONALD      CASE NO. 3:06-cr-00041-06-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:             JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            ROBIN M. CARTER

UNITED STATES' ATTORNEY:          FRANK RUSSO/MIKE BURKE

DEFENDANT'S ATTORNEY:             JOE JOSEPHSON - RETAINED

U.S.P.O.:                         PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/25/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:28 p.m. court convened.

X Copy of Indictment given to defendant; waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant stated true name: Same as above           Age: 29

X PLEAS: Not guilty to counts 1-2, Denied Ct 141

X Defendant detained/Detention Hearing set **April 26, 2006 at 3:30 p.m.** Order of Temporary Detention **FILED**.

X Pretrial motions due **May 23, 2006**    ; Order For the Progression of a Criminal Case **FILED**.

X Counsel advised of trial date: **June 26, 2006**

X OTHER: Counsel to meet and confer by **5/2/06**; discovery due by **5/9/06**. Counsel to file motion to withdraw as counsel if no longer retained before pretrial motions due date.

At 2:34 p.m. court adjourned.


DATE: April 25, 2006         DEPUTY CLERK'S INITIALS:    Rc