(Rev 5/06)                           **LIST OF WITNESSES AND EXHIBITS**

---

Case No. 3:06-cr-00041-06-RRB                    Judge: **JOHN D. ROBERTS**

Title         U.S.A. vs. Robert H. McDonald

Dates of Hearing/Trial:    May 1, 2006

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | Joe Josepnson |
|  |  |
|  |  |

---------------------------------------------------**EXHIBITS**---------------------------------------------------

| PLAINTIFF ||| DEFENDANT ||| WITNESSES |||
|---|---|---|---|---|---|---|---|---|
| EX # | ID | AD | EX # | ID | AD | W- | NAME/DESCRIPTION OF EXHIBIT | CALLED BY |
|  |  |  |  |  |  | W-1 | Joann McDonald | △ |
|  |  |  |  |  |  | W-2 | Mark Schmidt | 𝒯 |
| 1 | ✓ | 5/1/06 |  |  |  |  | Photo |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |