AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
MAY 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED** **WARRANT FOR ARREST** |
| V. ROBERT H. MCDONALD | CASE NUMBER: 3:06-00041-06RRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ROBERT H. MCDONALD bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952, 960(a), (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Ct 1
21:846, 841(a)(1), (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Ct 2
21:853(a)(1), (a)(2) - DRUG FORFEITURE - Ct 141

Ida Romack
Name of Issuing Officer

by _Dawn Maurer_  Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

April 19, 2006
Date and Location

by Magistrate Judge John D. Roberts

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: _Anchorage, Alaska_

| DATE RECEIVED 20 APR 2006 | NAME AND TITLE OF ARRESTING OFFICER S/A MARK SCHMIDT DEA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 22 APR 2006 | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Robert Hugh McDonald

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER _____

HEIGHT: 6'1          WEIGHT: 210

SEX: MALE           RACE: White

HAIR: Blonde        EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS