IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>   vs. )<br>  )<br> THOMAS P. RANES, NOPENON )<br> DENNIS SHINE, DYLAN P. BALES, )<br> CURTIS H. MCDONALD, KEVIN A. )<br> BROWNING, and ROBERT H. )<br> MCDONALD, )<br>  )<br>   Defendants. ) | Case No. 3:06-cr-00041-RRB<br><br>**ORDER RESCHEDULING TRIAL** |

Having considered the motion filed by the United States to continue the trial in the above-captioned matter, IT IS HEREBY ORDERED that the trial in this case is continued until _____, in Anchorage, Alaska.  The final pre-trial conference is continued until _____, 2006.  As stated at the hearing on June 5, 2006, the Court finds excludable delay pursuant to 18 U.S.C. § 3161(h)(8(A) and 18 U.S.C. §3161(h)(8)(B)(ii).

   **IT IS SO ORDERED**.

   DATED this _____ of June, 2006, at Anchorage, Alaska.

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE