```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs.  ROBERT MCDONALD         CASE NO. 3:06-cr-00041-06-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           JOE JOSEPHSON

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
             HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:31 p.m. court convened.

X Copy of Superseding Indictment given to defendant; waived
  reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEAS: Not guilty to counts 1-2, and denied count 144 of the
  Superseding Indictment.

X Detention continued as previously set.

X Counsel advised of trial date: **2/12/07 at 8:30 a.m.; FPTC set
  2/02/07 at 9:00 a.m. Court to issue order re pretrial motions.**
  Counsel to meet and confer by **7/15/06**.

At 2:34 p.m. court adjourned.




DATE: June 27, 2006            DEPUTY CLERK'S INITIALS:   rc