IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>ROBERT McDONALD, )<br>)<br>Defendant. )<br>) | Case No. 3:06-CR-00041 RRB-JDR |

**NOTICE OF INTENTION TO CHANGE PLEA**

The undersigned, attorney of record for the defendant, ROBERT McDONALD, hereby gives notice of the said defendant's intention to change his plea, pursuant to an agreement.

The district court is respectfully requested to schedule a hearing at which the change of plea can be entered.

DATED November 17, 2006.

/s/ Joe P. Josephson
Joe P. Josephson
912 W 6th Ave
Anchorage AK 99501
Phone: (907) 276-0151
Fax: (907) 276-0155
Email: jjosephson@aol.com
Alaska Bar No. 6102018

**Certificate of Service**

I hereby certify that on
11/17/06, a copy of foregoing
Notice of intention to change
plea was served electronically
on Frank Russo.

/s/ Joe P. Josephson

Notice of intention to change plea
USA v. McDonald
Case No. 3:06-CR-00041 RRB-JDR

1

PDF created with pdfFactory Pro trial version www.pdffactory.com