```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                 USA    v.   ROBERT MCDONALD
DATE:    November 20, 2006    CASE NO.   3:06-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```

Defendant has filed a Notice of Intention to Change Plea at Docket 273. A change of plea hearing will be held in this matter on **Tuesday, November 28, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING