MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ROBERT H. MACDONALD   CASE NO. 3:06-CR-00041-06-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE      RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    CAROLINE EDMISTON

UNITED STATES ATTORNEY:   FRANK RUSSO

DEFENDANT'S ATTORNEY:     JOSEPH JOSEPHSON

U.S.P.O.:                 BARBARA BURTON

PROCEEDINGS: PROPOSED CHANGE OF PLEA Held 11/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above    Age:  30

 X Defendant changed plea to guilty on Count 1 of the Superseding Indictment.

 X Court accepted plea; Referred to P.O. for presentence report.

 X Imposition of Sentence set for **February 23, 2007 at 9:00 a.m.**
Final Pretrial Conference set February 2, 2007 at 9:00 a.m.
**VACATED**; Trial by Jury set February 12, 2007 at 8:30 a.m.
**VACATED.**

 X Defendant detention continued pending Imposition of Sentence.

 X OTHER: Court and counsel heard re plea agreement.

At 9:27 a.m. court adjourned.

DATE:   November 28, 2006     DEPUTY CLERK'S INITIALS:  ce