NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:06-cr-041-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY |
| vs. | ) | APPEARANCE |
| | ) | |
| THOMAS P. RANES et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives

notice that Assistant United States Attorney Thomas C. Bradley now appears as

co-counsel for the for United States of America in the above-entitled action.  The

lead attorney still remains Frank V. Russo, Assistant United States Attorney.  In

addition, the government requests that pleadings in the above-entitled action be

sent to Thomas C. Bradley at:

Thomas C. Bradley
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: thomas.bradley@usdoj.gov


    RESPECTFULLY SUBMITTED this 9th day of May, 2007 at Anchorage,

Alaska


                              NELSON P. COHEN
                              United States Attorney


                              s/ Frank V. Russo
                              FRANK V. RUSSO
                              Assistant U.S. Attorney
                              222 West 7th Ave., #9, Rm. 253
                              Anchorage, AK 99513-7567
                              Phone: (907) 271-3668
                              Fax: (907) 271-1500
                              E-mail: frank.russo@usdoj.gov


USA v Ranes et al
3:06-CR-041-RRB

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2007
a copy of the foregoing NOTICE was served
electronically through ECF on:

Michael Filipoviv
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Paula S. Deutsch
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Scott A. Sterling
Allan D. Beiswenger


s/ Frank V. Russo

USA v Ranes et al
3:06-CR-041-RRB