years. His mother, Joann, also lives in Anchorage. I am fully aware of Robert's background and the allegations and status of this case.

4. Should Robert's motion for release be granted, his plan and mine, as a couple, is for him to live with me at the 15th Avenue address set forth above.

5. I am informed that the court may direct, if the motion for release were granted, that Robert have employment or, if not, that he actively seek employment.

6. To my knowledge and belief, Robert has a history of hard work and has been appreciated by his supervisors in the past. Robert's hard work has helped to sustain members of his family over the course of many years.

7. Since learning that Robert was going to apply for release through his attorney, I have made inquiries and, on information and belief, expect that there are several potential employers who would consider employing Robert.

8. I also expect that the court may require, if the motion for release were granted, that Robert abstain from using or consuming any controlled substances, unless prescribed by a licensed physician. In keeping with such a requirement, I would accept the responsibility of being sure that no non-prescribed controlled substances are present at the residence to be shared by Robert and me and my child.

*U. S. v. McDonald*, Affidavit of Angel Cherrytree, p. 2, Case No. 3:06-cr-00041-06-RRB

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT McDONALD, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:06-cr-00041-06-RRB |

**CERTIFICATE OF SERVICE**

I certify that a copy of this affidavit was transmitted electronically, on this the 29th day of September, 2007 to Assistant U.S. Attorney Frank Russo, via Electronic Mail.

DATED this the 29th day of September, 2007, at Anchorage, Alaska.

/s/ Joe. P. Josephson
JOE P. JOSEPHSON
Attorney for Robert McDonald
Josephson & Associates P.C.
912 West Sixth Avenue,
Anchorage, Alaska 99501
Tel: (907) 276-0151
Fax: (907) 276- 0155
E-mail: jjosephson@aol.com
Alaska Bar No.: 6102018

DATED at Anchorage, Alaska, this 28th day of September, 2007.

_____
ANGEL CHIRITREE

SUBSCRIBED AND SWORN to before me, this 28th day of September, 2007.

_____
Jody A. Redusaw
My commission expires: 8/27/09

Joe P. Josephson, Esq.,
Josephson & Associates, PC
912 West 6th Avenue
Anchorage, Alaska 99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Attorney for Robert McDonald
Alaska Bar Number 6102018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT McDONALD, ) | |
| ) | |
| Defendant. ) | Case No. 3:06-cr-00041 06-RRB |
| ) | |

**AFFIDAVIT OF ANGEL CHIRITREE**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Angel Chiritree, of Anchorage, Alaska, being first duly sworn, deposes and says:

1. I am a self-employed mother and a long-time resident of Anchorage, Alaska. I live at 739 West 15th Avenue, Anchorage, Alaska.

2. I operate a business, "Cherrytree Esthetics", at Ninth Avenue and F Street, Anchorage, Alaska, within walking distance of my residence.

3. I have known Robert McDonald and his family for many