**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


_USA_   v.   ROBERT H. MCDONALD

DATE:   October 10, 2007    CASE NO.   3:06-CR-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

═══════════════════════════════════════════════════════════

A status hearing will be held in this matter on **Friday, October 19, 2007, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.


M.O. SCHEDULING HEARING