### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>Plaintiff,    )<br>    )<br>vs.    )<br>    )<br>ROBERT H. MCDONALD,    )<br>Defendant.    ) | **PERSONAL RECOGNIZANCE ORDER**<br><br>Magistrate Case No. _____<br><br>Criminal Case No.  3:06-cr-00041-06-RRB ____<br><br>Violation Notice No. _____ /AL ____ |

      The defendant above named is hereby released on his/her personal recognizance and promises to appear before a United States Magistrate Judge and/or in the United States District Court for the District of Alaska at Anchorage, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions given or issued by a United States Magistrate Judge or United States District Court to which the defendant may be removed or cause transferred; **that the defendant is not to depart the State of Alaska or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after the defendant has appeared in such other district pursuant to the terms of this bond,** except in accordance with such orders or warrants as may be issued by a United States Magistrate Judge or United States District Court for the District of Alaska or the United States District Court for such other district; that the defendant is to abide by any judgment entered in such matter by surrendering him/herself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe; **that upon being released on bail the defendant is required to keep his/her attorney, that court, and the United States Attorney's office advised of his/her current mailing and residential address, and telephone contact number.**

      If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void. It is agreed and understood that this is a continuing bond which shall continue in full force and effect until such time as the bond is duly exonerated.

      This bond is **SIGNED** on this ___18th___ day of ____October____, **2007**___at Anchorage, Alaska, by the undersigned who acknowledges that he/she has read the bond and that he/she is informed that the penalties applicable to the conditions of defendant's release to result from the failure to appear as ordered or any violation of the conditions set forth herein, are:

      **A warrant for defendant's arrest will be issued immediately upon such violation; a second criminal case for bail jumping may be instituted by the United States Attorney against the defendant, and if the defendant is released in connection with a felony charge or while awaiting sentencing, or pending appeal or certiorari after conviction, the penalty is a fine of not more than $5,000.00 or five years imprisonment, or both; if released on a misdemeanor the penalty is a fine of not more than that provided for the misdemeanor or imprisonment up to one year or both.**

### CONTINUED ON THE REVERSE SIDE

In support of my request for Personal Recognizance Release, I am providing the following information:

*Robert H McDonald*
Full Name **PRINTED**

*REDACTED*
Social Security Account Number

*REDACTED*
Home Telephone Number

Work Telephone Number

*REDACTED*
Complete Mailing Address (include zip code)

*Same*
Complete Residential Address (if different from mailing address)

*UNKNOWN*
Name of Employer

*UNKNOWN*
Telephone Number of Employer

*unknown*
Address of Employer

*REDACTED*
Driver's License Number

*AK*
Issued by (State)

**I certify the above information to be true and correct:**

Signature of Defendant

Approved this ___18th___ day of ___October___, 20_07_

**REDACTED SIGNATURE**

RALPH R. BEISTLINE,
U.S. DISTRICT JUDGE

**The following should be notified of any change of address:**
Clerk, U.S.D.C., 222 W. 7th Ave., #4, Anchorage, AK 99513-7564
United States Attorney, 222 W. 7th Ave., #9, Anchorage, AK 99513-7567
(Rev 10/07)