IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. **ROBERT H. MCDONALD**

CASE NO: 3:06-cr-00041-06-RRB

---

Defendant **ROBERT H. MCDONALD**,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

✓ Other _Released on bail conditions._

Dated at __Anchorage__, Alaska this __18th__ day of __October__, 2007

**REDACTED SIGNATURE**

RALPH R. BEISTLINE,
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 10/07)