IN THE UNITED STATES DISTRICT COURT

For the District of Alaska

```
_____
UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
    V.                      )
                            )
ROBERT McDONALD,            )
                            )
         Defendant.         )   Case No. 3:06-cr-00041-RRB-6
_____)
```

**REQUEST FOR TELEPHONIC APPEARANCE**

The undersigned, attorney for defendant ROBERT McDONALD, requests that the defendant be permitted to take part in the status conference scheduled for Wednesday, January 30, via telephone.

The reasons for this request are that Mr. McDONALD has secured gainful employment on the North Slope, and is away from Anchorage.  If he were to take part in person, assuming transportation could be arranged, his employment would be jeopardized.  Mr. McDONALD has informed the undersigned that it will be possible for him to call at the time of the hearing, if given a telephone contact number to use.

The probation office has been notified of this request. The United States Attorney's office has also been notified.

DATED January 29, 2008, at Anchorage, Alaska.

PDF created with pdfFactory Pro trial version www.pdffactory.com

                                                         ____/s/ Joe P. Josephson_____
                                                         Joe P. Josephson
                                                         Alaska Bar No. 6102018
                                                         Josephson & Associates, P. C.
                                                         912 West Sixth Avenue
                                                         Anchorage, Alaska  99501
                                                         Tel. (907) 276-0151
                                                         Facsimile (907) 276-0155

Certificate of Service:

I certify that this document,
was transmitted on January 28, 2008,
electronically, to:
Assistant U. S. Attorney Frank
Russo, c/o U. S. Attorney,
Department of Justice,
Anchorage, Alaska.

    ____/s/Joe P. Josephson_____

PDF created with pdfFactory Pro trial version www.pdffactory.com