MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ROBERT H. MCDONALD   CASE NO. 3:06-CR-00041-06-RRB
Defendant: _X_ Present   Telephonic _X_ On Bond

BEFORE THE HONORABLE:   RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:   CAROLINE EDMISTON

UNITED STATES' ATTORNEY:   THOMAS BRADLEY

DEFENDANT'S ATTORNEY:   JOSEPH P. JOSEPHSON

U.S.P.O.:   PAULA MCCORMICK

PROCEEDINGS: STATUS CONFERENCE HELD 01/30/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:51 a.m. court convened.

Court and counsel heard re status of case and Defendant's oral motion to WITHDRAW Defendant's Motions at Docket 690 and Docket 698; **GRANTED.**

Defendant's conditions of release remain as previously set.

At 8:56 a.m. court adjourned.

DATE:   January 30, 2008   DEPUTY CLERK'S INITIALS:   CME

Revised 6-18-07