NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Fax: (907) 271-1500
Email: Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 3:06-cr-00041-06-RRB |
| ) | |
| Plaintiff,    ) | |
| ) | UNITED STATES' SENTENCING |
| vs.    ) | MEMORANDUM |
| ) | |
| ROBERT McDONALD,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |
| ) | |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT**. . . . . . . . . . . . . . . . . . . . . . **60 MONTHS**

**SUPERVISED RELEASE**. . . . . . . . . . . . . . . . . . . . . . . . . **4 YEARS**

**SPECIAL ASSESSMENT**. . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

The United States Probation Office ("USPO") has prepared a presentence investigation report ("PSR") in this case. The United States agrees with the factual and legal findings of the USPO.

## I.   BACKGROUND

The defendant was part of an international drug and money laundering conspiracy that is set forth in detail in the PSR. The First Superseding Indictment, to which the defendant pled guilty, names the defendant as a transporter of money. More specifically, the indictment alleges that on March 13, 2006, the defendant attempted to drive to Canada to deliver approximately $400,000 as partial payment for the April shipment of marijuana. On the way to Canada, the defendant fell asleep behind the wheel of his truck and got into an accident. Another vehicle was brought to allow him to complete his journey, but the defendant was turned back by Canadian customs due to his criminal record.

The defendant had given Thomas Ranes $50,000 as a prepayment for marijuana that he was purchasing in the April shipment. On April 22, 2008, the defendant then had the misfortune of showing up to hand pick his 20 pounds of marijuana from the 307 pound load that had just arrived, which had been under surveillance by investigators throughout Canada and Alaska. Shortly after the defendant arrived and was putting his marijuana in boxes, scores of federal and

state agents descended upon the location to execute search warrants; they found the defendant, Ranes, and Browning packaging the marijuana into boxes. The defendant only actively participated in this delivery of marijuana, which effectively ended the drug conspiracy.

## II.   THE PLEA AGREEMENT

The defendant pled guilty to count 1 (conspiracy to distribute marijuana) of the First Superseding Indictment. As far as relevant conduct, the defendant admitted that "during the course of the defendant's involvement in the conspiracy, he distributed over 100 kilograms of marijuana." Plea Agreement, p. 5. Indeed, the defendant was arrested in an enclosure where investigators recovered 307 pounds of marijuana.

## III.   GUIDELINE APPLICATIONS

The United States agrees with the pre-sentence report that the defendant's adjusted base offense level is 21. The defendant is properly placed in criminal history category II, and therefore his advisory sentencing guideline range should be 41 to 51 months. This guideline range takes into account that the defendant qualifies for a two-level mitigating role reduction based upon his late arrival in the conspiracy. Because the defendant is facing a mandatory minimum 60 month sentence, 60 months is his guideline range.

## IV. APPLICATION OF 18 U.S.C. § 3553(a)

Application of the factors set forth in 18 U.S.C. § 3553(a) supports the imposition of a sentence within the guideline range. As identified in the PSR, the defendant has had several brushes with the law in both Anchorage and Bethel. As a result, he is properly placed in criminal history category II. It is hard to imagine a more serious criminal endeavor to become involved with: an international drug and money laundering conspiracy that involved a murder. Although the defendant joined the conspiracy in its waning days, while it was under investigation by a federal task force, the defendant was not a newcomer to the business of marijuana trafficking, as he had previous experience in dealing marijuana in Bethel. Accordingly, the government requests a sentence of 60 months, followed by four years supervised release. A $100 special assessment is mandatory.

//

//

//

//

//

//

//

U.S. v. Robert McDoanld
3:06-cr-00041-06-RRB-JDR                         4

RESPECTFULLY SUBMITTED the 22nd day of May, 2008 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        Email: Frank.Russo@usdoj.gov

Certificate of Service

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on May 22, 2008 via ECF:

Allen Bentley
Thomas Burke Wonnell
Steven M. Wells
Philip Paul Weidner
Darryl L. Thompson
Joseph P. Josephson
Robert M. Herz
Allen N. Dayan
Rex Lamont Butler
Kevin F. McCoy
Allan D. Beiswenger

Executed at Anchorage, Alaska, on May 22, 2008.

s/Frank V. Russo