Joe P. Josephson, Esq.,
Alaska Bar No. 6102018
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
E-mail: rlt@joejlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.3:06-cr-00041-06-RRB |
| Plaintiff, ) | |
| v. ) | **MOTION FILED UNDER SEAL:** |
| ROBERT McDONALD, ) | **UNOPPOSED** |
| Defendant. ) | **MOTION TO CONTINUE DATE OF SENTENCING** |

Defendant, ROBERT McDONALD, by and through his attorney, Joe P. Josephson, respectfully moves, under seal, to continue the date of sentencing now scheduled for May 29, 2008.

The grounds for this motion are that Mr. McDonald is charged as a transporter of money in the context of a drug and money laundering conspiracy described in the Pre-sentence Investigation Report rendered by the United States Probation Office.  On information and belief, recent events raise a possibility that Mr. McDonald may be called to testify at a trial of a principal conspirator now seeking to withdraw his plea and proceed to trial.  It is also understood that the

PDF created with pdfFactory Pro trial version www.pdffactory.com

United States is filing a motion under seal relevant to this defendant's sentencing.

A continuance to on or after July 1, 2008, would be appropriate.

The undersigned has discussed the question of continuing the sentencing date with the Assistant District Attorney (Frank Russo, Esq.), prosecuting this matter, and is authorized to represent that this motion is not opposed by the United States.

This motion to continue has also been discussed with Mr. McDonald, who agrees to the request.

DATED May 27, 2008, at Anchorage, Alaska.

/s/ Joe P. Josephson
_____
Joe P. Josephson
Attorney for Defendant

I certify that a true
copy of this document
was electronically submitted
to the United States Attorney
for the District of Alaska,
at Anchorage, on 5/27/08.

/s/ Joe P. Josephson
_____
Joe P. Josephson
Attorney for Defendant

Motion for Continuance of Sentencing (Under Seal)
Case No. 3:067-CR-00041-06-RRB, p. 2 of 2 pp.

PDF created with pdfFactory Pro trial version www.pdffactory.com

Case 3:06-cr-00041-RRB    Document 814    Filed 05/27/2008    Page 3 of 3

PDF created with pdfFactory Pro trial version www.pdffactory.com