```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. ___ROBERT MCDONALD___  CASE NO. _3:06-CR-00041-06-RRB_
Defendant: _X_Present _X_On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:     FRANK RUSSO AND THOMAS BRADLEY

DEFENDANT'S ATTORNEY:        JOSEPH JOSEPHSON

U.S.P.O.:                    BARBARA BURTON

PROCEEDINGS: STATUS CONFERENCE (IMPOSITION OF SENTENCE)
             HELD MAY 29, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Court and counsel heard re defendant's Motion to Continue Date of Sentence (DKT 814); **GRANTED.**

Court and counsel heard re defendant's Sentencing Memorandum.

Imposition of Sentence set for **May 30, 2008 at 2:00 p.m.**

Defendant's conditions of release to remain as previously set.

At 1:39 p.m. court adjourned.

DATE:        MAY 29, 2008         DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07