```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. ROBERT H. McDONALD          CASE NO. 3:06-CR-00041-06-RRB
Defendant: _X_ Present _X_ On Bond

BEFORE THE HONORABLE:              RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES' ATTORNEY:           FRANK RUSSO

DEFENDANT'S ATTORNEY:              JOSEPH JOSEPHSON

U.S.P.O.:                          SCOTT KELLEY AND BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD MAY 30, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:58 p.m. court convened.

_X_ Notice of Appeal form given to defendant.

_X_ Court stated findings/reasons pursuant to sentencing
    guidelines.

_X_ Imprisonment for a period of 20 months, time served. This term
    consists of months on count 1 of the Superseding Indictment.

_X_ Defendant placed on supervised release for a period of _5_
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.
    This term consists of 5 months on count 1 of the Superseding
    Indictment.

_X_ Fined $ 10,000.00

_X_ Special Assessment $ 100.00 , due immediately.

_X_ On motion of the U.S. Attorney, remaining count _2_ of the
    Superseding Indictment **DISMISSED.**

_X_ Court advised defendant of appeal rights.

_X_ Payment coupon given to defendant.

_X_ OTHER: Defendant to forfeit the defendant's interest in the
    property to the United States as directed.

At 2:36 p.m. court adjourned.

DATE:        May 30, 2008         DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07